UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Maurice A. Pimble, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-0344(RJL) ) |
| District of Columbia, et al., | ) ) |
| Defendants. | ) |

ANSWER TO THE COMPLAINT

Paragraph numbers below correspond to the paragraph numbers in the complaint.

1-2.   The allegations contained in paragraphs numbered 1 through 2 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

3. Defendants admit the existence of the statutory authorities alluded to in paragraph numbered 3, but deny that jurisdiction is necessarily conferred on the court solely by reason thereof.

4-6.   Defendants admit the existence of the statutory authorities alluded to in paragraphs numbered 4 through 6, but deny that jurisdiction and/or venue is necessarily authorized or proper solely by reason thereof.

7-9.   The allegations contained in paragraphs numbered 7 through 9 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

10. Defendants admit that the Adrian Fenty is mayor of the municipal government of the District of Columbia. The remaining allegations contained in paragraph numbered 10 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

11. Defendants admit the allegations of paragraph 11 of the Complaint.

12. Defendants are currently without sufficient knowledge to admit or deny the allegations contained in paragraph 12 of the Complaint.

13. The allegations contained in paragraph numbered 13 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

14-20. Defendants are currently without sufficient knowledge to admit or deny the allegations contained in paragraphs numbered 14 through 20.

21-27. The allegations contained in paragraphs numbered 21 through 27 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

28-29. Defendants are currently without sufficient knowledge to admit or deny the allegations contained in paragraphs numbered 28 through 29.

30. The allegations contained in paragraph numbered 30 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

31. The allegations contained in paragraph numbered 31 are a characterization of the Hearing Officer's Determination (HOD). The HOD speaks for itself.

32-59. The allegations contained in paragraphs numbered 32 through 59 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

Further answering the complaint, defendant denies all allegations not specifically admitted or otherwise answered and all allegations of wrongdoing.

### FIRST AFFIRMATIVE DEFENSE

This complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust his administrative remedies on all pertinent issues.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred by the applicable statute of limitations or laches.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's right to attorney fees and costs is strictly limited.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2

      /s/ Maria Merkowitz
MARIA MERKOWITZ, [312967]
Assistant Attorney General
Equity Division
441 4th Street, N.W., 6S
Washington, D.C. 20001
(202)442-9842
Fax – (202) 727-3625
Email–maria.merkowitz@dc.gov

June 2, 2008

4