**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MAURICE A. PIMBLE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-0344 (RJL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT MEET AND CONFER STATEMENT**

Pursuant to Rule 16.3 of the Local Rules of the United States District Court for the District of Columbia, the parties, by their respective counsel, hereby submit this Meet and Confer Statement to the Court. This report sets out the agreements reached by the parties in their telephone conferences, as follows:

(1) It is possible that the case can be disposed of by dispositive motion.

(2) The parties do not anticipate that they will join any additional parties or amend their pleadings.

(3) At this point, the parties do not consent to the case being assigned to a magistrate judge for any purpose.

(4) The parties are open to settlement discussions, but have not reached a resolution at this time.

(5) At this time, the parties do not believe that this case would benefit from the Court's alternative dispute resolution ("ADR") procedure, or some other form of alternative dispute resolution, and that no related steps need occur to facilitate ADR.

Counsel have discussed ADR and their response to this provision with their clients, and in assessing this decision, have considered subsections (i) - (v).

(6) The parties propose the following briefing schedule:

| | |
|---|---|
| August 26, 2008 | Deadline for Defendants to file Administrative Record |
| September 26, 2008 | Deadline for Plaintiff's Motion for Summary Judgment |
| October 31, 2008 | Deadline for Defendants' Cross-Motion for Summary Judgment/Opposition to Plaintiff's Motion for Summary Judgment |
| November 21, 2008 | Deadline for Plaintiff's Opposition to Defendants' Motion for Summary Judgment/Reply to Opposition to Motion for Summary Judgment |
| December 9, 2008 | Deadline for Defendants' Reply to Opposition to Motion for Summary Judgment. |

(7) The parties stipulate to dispense with the initial disclosures required by Fed.R.Civ.P. 26(a)(1).

(8) The parties do not believe that discovery is necessary at this time. However, because it is possible that the case may be disposed on the administrative record (once the parties have had the opportunity to review it), the parties cannot determine the extent of discovery, if any. Should the case not be disposed of by order on motion, a status conference to consider, among other things, the need for discovery, shall take place within 60 days of the decision on dispositive motions.

(9) The parties do not believe that experts are necessary at this time.

(10) This is not a class action.

(11) The trial and/or discovery should not be bifurcated or managed in phases.

(12)    In the event that the case is not disposed on dispositive motions, then a status conference should take place within 60 days after the Court's ruling on all dispositve motions.

Respectfully submitted,

**/s/ Joseph B. Tulman**

| | |
|---|---|
| Joseph B. Tulman | PETER J. NICKLES |
| D.C. Bar #297671 | Interim Attorney General for the |
| Counsel for Plaintiff, Maurice A. Pimble | District of Columbia |
| Professor of Law | |
| University of the District of Columbia | GEORGE C. VALENTINE |
| David A. Clarke School of Law | Deputy Attorney General |
| 4200 Connecticut Ave., N.W.  38/207 | Civil Litigation Division |
| Washington, DC  20008 | |
| 202 274-7317 | **/s/ Edward P. Taptich** |
| 202 274-5583 (fax) | EDWARD P. TAPTICH |
| Jtulman@udc.edu | Chief, Equity Section 2 |
| | Bar Number 012914 |
| | |
| | **Juliane T. DeMarco** |
| | JULIANE T. DEMARCO |
| | Assistant Attorney General |
| | Bar Number 490872 |
| | 441 Fourth Street, N.W., Sixth Floor |
| | Washington, D.C. 20001 |
| | (202) 724-6614 |
| | (202) 741-0575 (fax) |
| | E-mail: Juliane.DeMarco@dc.gov |